UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         : INDICTMENT

   -v.-

ADAM MOOMENS,                    :
 a/k/a "Fussein Mumuni,"
 a/k/a "Moomen Hussein,"        :

                      Defendant.    :
- - - - - - - - - - - - - - - - - - - x



10 CRIM 700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 AUG 2010

COUNT ONE

The Grand Jury charges:

On or about February 26, 2007, in the Southern District of New York, ADAM MOOMENS, a/k/a "Fussein Mumuni," a/k/a "Moomen Hussein," the defendant, unlawfully, willfully, and knowingly, in a matter within the jurisdiction of the executive, legislative and judicial branches of the Government of the United States, did falsify, conceal, and cover up by trick, scheme, and device a material fact, and did make a materially false, fictitious, and fraudulent statement and representation, and did make and use a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, to wit, during an interview in New York, New York with a representative of the Department of Homeland Security, United States Citizenship and Immigration Services, MOOMENS made the following false statements and concealed and covered up the following material facts:

    a.   MOOMENS falsely stated that he had never been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance; and

    b. MOOMENS falsely stated that he had never been deported from the United States.

    (Title 18, United States Code, Section 1001.)

_____ 8/6/10
FOREPERSON

_____
PREET BHARARA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

ADAM MOOMENS,
a/k/a "Fussein Mumuni,"
a/k/a "Moomen Hussein,"

Defendant.

===

**INDICTMENT**

10 Cr.

(18 U.S.C. § 1001.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

===

8/6/10 L.S.D
Filed indictment.
Case assigned to Judge Heilerstein.
- Francis, J.